# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, | Case No. 1:18-cv-00700-AWI-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S SECOND AND THIRD MOTIONS FOR RECONSIDERATION |
| v. | |
| JUDGE DEAN T. STOUT, | (ECF Nos. 17, 18) |
| Defendant. | |

Plaintiff Steven Wayne Bonilla ("Plaintiff"), a state prisoner, proceeded pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 19, 2018, the assigned Magistrate Judge issued findings that Plaintiff was subject to the three strikes bar under 28 U.S.C. § 1915(g), and his complaint did not satisfy the imminent danger exception. The Magistrate Judge recommended that the action be dismissed, without prejudice, due to Plaintiff's failure to pay the filing fee. (ECF No. 9.) On August 22, 2018, after a *de novo* review of the case, the Court adopted the findings and recommendations in full and dismissed this action. (ECF No. 13.) Judgment was entered the same date. (ECF No. 14.)

On October 29, 2018, Plaintiff filed a motion for reconsideration. (ECF No. 15.) The motion was denied, as Plaintiff presented no grounds for reconsideration of the Court's final order and judgment dismissing this action. (ECF No. 16.)

///

1    Currently before the Court are Plaintiff's objections to the Court's ruling and a call for the

2    disbarment of Magistrate Judge McAuliffe, filed November 14, 2018, and Plaintiff's notice

3    alleging violation of 18 U.S.C. § 242 by the undersigned, filed November 30, 2018.  (ECF Nos.

4    17, 18.)  In his filings, Plaintiff repeats his attempts to overturn an Alameda County conviction by

5    arguing that the trial court's ruling is a void judgment.  Plaintiff argues that both the undersigned

6    and Magistrate Judge McAuliffe have deprived him of his rights under the Constitution by

7    refusing to find that his conviction is void on its face.  (Id.)  The Court construes these

8    submissions as Plaintiff's second and third motions for reconsideration.

9    As Plaintiff's filings again fail to raise any basis for overturning the Court's ruling that he

10   is obligated to pay the filing fee in this action, and that he failed to do so, the Court finds no basis

11   to grant Plaintiff relief from the judgment.  The Court further finds that the requests for sanctions

12   or other legal action against the undersigned or Magistrate Judge McAuliffe are without merit.

13   The Court strongly discourages Plaintiff from submitting additional filings based on the same

14   arguments he has now repeatedly presented, and that have been repeatedly rejected by this Court

15   and others.[1]  **Further submissions to this closed action, based on these same arguments, will**

16   **be stricken from the record.**

17   Accordingly, Plaintiff's second and third motions for reconsideration, (ECF Nos. 17, 18),

18   are DENIED.

19

20   IT IS SO ORDERED.

21   Dated:   January 11, 2019                               _____

22                                                                        SENIOR  DISTRICT  JUDGE

23

24

25

26

27   _____
     [1] The Court notes that in 2018 alone, Plaintiff filed more than 100 civil rights actions and habeas corpus petitions, all
28   also attempting to obtain relief related to Plaintiff's Alameda County conviction, which has resulted in Plaintiff being
     declared a vexatious litigant.  See Bonilla v. Fresno County, Case No. 2:18-cv-02544-JAM-KJN (E.D. Cal.).